IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:

BARRY L. COURTNEY
GLENNAJO COURTNEY

CASE NO. 6:10-BK-08242-ABB
CHAPTER 7

Debtor(s)

_____/

**MOTION FOR RELIEF FROM AUTOMATIC STAY
NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

**Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within twenty-one (21) days from the date this paper is entered on the docket. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at Clerk, U.S. Bankruptcy Court, Middle District of Florida, 135 W Central Blvd., Suite 950, Orlando, FL 32801, and serve a copy on the Movant's attorney, Law Offices of Daniel C. Consuegra, Esquire, Daniel C. Consuegra, Esquire, 9204 King Palm Drive, Tampa, FL 33619.**

**If you file and serve an objection within the time permitted, and the objection reveals factual or legal issues requiring a hearing, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief request in the paper, will proceed to consider the paper without further notice or hearing, and may grant relief requested.**

COMES NOW, U.S. BANK, NATIONAL ASSOCIATION, ND, by and through its undersigned attorney, moves the Court pursuant to 11 U.S.C., Section 362 (d) and Bankruptcy Rule 4001, for relief from the automatic stay, and states:

1. Debtor(s), BARRY L. COURTNEY and GLENNAJO COURTNEY, filed a Voluntary Petition for Relief under 11 U.S.C., Chapter 7 on May 14, 2010.

2. Prior thereto, on or about March 26, 2007, Debtor(s) herein, entered into a Note and Mortgage with Movant.

3. Movant is the owner and holder of the Note and Mortgage, which constitute a lien in the property described below.

4. A copy of the above referred to documents which each support Movant's security interest are attached hereto and made a part hereof as Movant's Exhibits "A" and "B".

5. The property, which is the subject of this Motion for Relief from Automatic Stay, is as follows:

**LOT 16, BLOCK 39, CARLTON VILLAGE, UNIT E, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 12, PAGE 112, OF THE PUBLIC RECORDS OF LAKE COUNTY, FLORIDA.**

**A/K/A 4343 LEMON STREET, LADY LAKE, FLORIDA 32159**

6. Debtor(s), BARRY L. COURTNEY and GLENNAJO COURTNEY, have failed to make payments of principal and interest on the aforementioned contract. The contract is in default for the payment due March 1, 2009 in the amount of $1,106.12. The principal balance due on the contract is $171,314.26. Additionally, a reasonable attorney's fee and a filing fee for the bringing of this motion are due, said amounts are also secured by the Security Agreement are also due.

7. Movant is entitled to relief from the automatic stay and in support thereof affirmatively states that Movant lacks adequate protection of an interest in property, and the Debtor does not have an equity in such property.

8. The Debtor(s) intend to surrender the collateral, as indicated in the Statement of Intentions.

9. Movant further relies on its Affidavit in Support of Motion for Modification of Stay hereinafter filed.

WHEREFORE, Movant, U.S. BANK, NATIONAL ASSOCIATION, ND, prays that this Honorable Court will enter its order terminating, annulling, modifying, or conditioning the automatic stay as it applies to Movant.

/s/ Josh D. Donnelly
Law Offices of Daniel C. Consuegra
   Daniel C. Consuegra/Florida Bar #371300
   Jennifer A. Sesta/Florida Bar #0966339
x  Josh D. Donnelly/Florida Bar #64788
9204 King Palm Drive
Tampa, Florida 33619-1328
bkfiling@consuegralaw.com
Tel (813) 915-8660
Fax (813) 664-8889
Attorney for Creditor

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing with attachments has been served either by electronic or standard first class mail this 2nd day of July, 2010 to BARRY L. COURTNEY, 462 CRESSA CIRCLE, COCOA, FL 32926; GLENNAJO COURTNEY, 462 CRESSA CIRCLE, COCOA, FL 32926; NEIL BUCHALTER,ESQUIRE, 2395 NORTH COURTENAY PARKWAY SUITE 203, MERRITT ISLAND, FL 32953; CARLA MUSSELMAN, TRUSTEE, 1619 DRUID ROAD, MAITLAND, FL 32751; AND UNITED STATES TRUSTEE, UNITED STATES TRUSTEE - ORL7, 135 WEST CENTRAL BLVD., SUITE 620, ORLANDO, FL 32801.

/s/ Josh D. Donnelly  
Josh D. Donnelly, Esquire